IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

DAVID ALEXANDER, et. al,  :
    Plaintiffs,  :
                                              :   CIVIL ACTION NO.
v.                                      :   1:13-CV-1312-WBH
                                              :
PROSPECT MORTGAGE, LLC,,  :
    Defendant.  :

## ORDER

All Plaintiffs along with Defendant have filed a joint motion, [Doc. 27], seeking this Court's approval of the parties' settlements of this Fair Labor Standards Act case. Pursuant to Lynn's Food Stores, Inc. v. United States, 679 F.2d 1350, 1355 (11th Cir.1982), this Court must scrutinize a proposed FLSA settlement to ensure that it is fair and reasonable. Having so scrutinized, this Court concludes that the settlements are fair and reasonable. Accordingly, the settlements are **APPROVED** and the instant action is **DISMISSED** with prejudice. The Clerk is **DIRECTED** to close this action.

**IT IS SO ORDERED**, this 28th day of October, 2014.

_____
WILLIS B. HUNT, JR.
UNITED STATES DISTRICT JUDGE

AO 72A
(Rev.8/82)